[No. 11052–7–I. Division One. August 23, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
LEE BOYD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80373, H. Joseph Coleman, J., entered
November 4, 1980. *Affirmed* by unpublished opinion per
Andersen, C.J., concurred in by James and Durham, JJ.

[No. 9582–0–I. Division One. August 23, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANCIS
GATTUSO, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–02132–6, Frank J. Eberharter, J., entered
November 14, 1980. *Affirmed* by unpublished opinion per
James, J., concurred in by Corbett and Petrich, JJ.

[No. 9352–5–I. Division One. August 23, 1982.]

CARL C. ANDERSEN, ET AL, *Appellants,* v. JAMES
E. LANE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 284367, William L. Brown, Jr., J., entered
September 5, 1980. *Affirmed* by unpublished opinion per
James, J., concurred in by Swanson and Callow, JJ.

[No. 9909–4–I. Division One. August 23, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. BYRON
JAMES BERGE, *Appellant.*

Appeal from a judgment of the Superior Court for Island
County, No. 2746, Richard L. Pitt, J., entered February 6,
1981. *Affirmed* by unpublished opinion per Andersen, C.J.,
concurred in by Williams and Callow, JJ.